Michael P. Zweig (MZ-5318)
Eugene R. Licker (EL-0334)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
212-407-4000

*Attorneys for Defendant*
*Broadcaster, Inc.*



08 CV 2480

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PAUL GOODMAN, individually and in his
capacity as a member of the Board of Directors
as a Director of Broadcaster, Inc., pursuant to
BCL 720,

        Plaintiff,

        -against-

BROADCASTER, INC., MARTIN WADE,
NOLAN QUAN and BLAIR MILLS,

        Defendants.

------------------------------------------------------------X

: Index No.:

: **RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Broadcaster, Inc. certifies it has the following parents, subsidiaries or affiliates that are publicly held: NONE

Dated: March 11, 2008
      New York, New York

LOEB & LOEB LLP

By: _____

Michael P. Zweig (MZ-5318)
Eugene R. Licker (EL-0334)
345 Park Avenue
New York, New York 10154
212-407-4000

*Attorneys for Defendant Broadcaster, Inc.*

NY707438.1
212282-10001