Michael P. Zweig (MZ-5318)
Eugene R. Licker (EL-0334)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

*Attorneys for Defendant*
*Broadcaster, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
PAUL GOODMAN, individually and in his                       :
capacity as a member of the Board of Directors              :
as a Director of Broadcaster, Inc., pursuant to             :
BCL 720,                                                    :
                                                            :
           Plaintiff,           :  No.: 08 CV 2480
                                                            :
     -against-                                            :
                                                            :
BROADCASTER, INC., MARTIN WADE,                             :
NOLAN QUAN and BLAIR MILLS,                                 :
                                                            :
           Defendants.          :
                                                            :
------------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  SS.
COUNTY OF NEW YORK   )

      EUCLID HERBERT, being duly sworn, deposes and says:

1.    I am not a party to this action and am over 18 years of age.

2. On March 11, 2008, I served true copies of the Notice of Removal, Rule 7.1 and Civil Cover Sheet by hand to the below listed party:

> Paul Goodman, Esq. (Pro Se)
> 420 Lexington Avenue
> Suite 2320
> New York, NY 10120

_____
Euclid Herbert

Sworn to before me this
12th Day of March, 2008

_____
Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires January 7, 2011

NY707802.1
212282-10001