ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

PAUL GOODMAN, individually and in his
capacity as a member of the Board of
Directors as a Director of Broadcaster,
Inc., pursuant to BCL § 720,

                     Plaintiff,

                                       08 Civ. 2480 (LLS)

       -against-

                                 **TEMPORARY RESTRAINING**
BROADCASTER, INC., MARTIN WADE,         **ORDER**
NOLAN QUAN and BLAIR MILLS

                    Defendants.

------------------------------------------X

      The parties, in person and by counsel, having appeared before me on March 25, 2008 with respect to the merits of Mr. Goodman's application for an extension of the March 4, 2008 order of the Supreme Court of the State of New York, County of New York restraining defendants "from taking any action which removes plaintiff from the Board of Directors of defendant Broadcaster, Inc." and it sufficiently appearing that there is a genuine dispute about the material facts presenting serious questions going to the merits to make them fair ground for litigation, a balance of hardship tipping decidedly in favor of plaintiff, and the immediate threat of irreparable harm to his interests, and for the reasons stated upon the record,

      1. The above restraint entered by the Supreme Court of the State of New York on March 4, 2008 restraining defendants from removing plaintiff from the Board of Directors of Broadcaster, Inc.

pending a hearing and determination of a motion for a temporary injunction is extended until further order, and

2. Until further order, defendants and all persons acting in concert with them shall treat plaintiff Paul Goodman as a duly elected member of the Board of Directors of Broadcaster, Inc. and a member of its Audit Committee authorized to exercise the powers and subject to the responsibilities of those offices.

So ordered.

DATED: New York, New York
       March 26, 2008

                                             *Louis L. Stanton*
                                          LOUIS L. STANTON
                                          U. S. D. J.