UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PAUL GOODMAN, individually and in his capacity as a                    :
member of the Board of Directors as a Director of Broadcaster,         :
Inc., pursuant to BCL 720,                                             :
                                                                       :   Case No.: 08-cv-2480
        Plaintiff,                                                   :
                                                                       :   (Stanton, J.)
    -against-                                                         :
                                                                       :   MOTION FOR TRANSFER
BROADCASTER, INC., MARTIN WADE, NOLAN QUAN                             :
and BLAIR MILLS,                                                       :
                                                                       :
        Defendants.                                                  :
X----------------------------------------------------------------------X

        Defendants Nolan Quan, Martin Wade and Blair Mills, without waiver of any right to assert any defense under the Federal Rules of Civil Procedure, by and through their attorneys, Howrey LLP, hereby join in Defendant Broadcaster, Inc.'s Motion for Transfer pursuant to 28 U.S.C. § 1404(a).

Dated:    New York, New York
           March 28, 2008

                      Respectfully submitted,

                      HOWREY LLP

                      By: _____
                            Michael F. Armstrong

                      153 East 53rd Street, 54th Floor
                      New York, New York 10022
                      (212) 896-6500 tel
                      (212) 896-6501 fax
                      armstrongm@howrey.com

                      *Attorneys for Defendants Nolan Quan,*
                      *Martin Wade and Blair Mills*

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008 a true and correct copy of the foregoing Motion for Transfer was electronically served on the following via ECF:

Paul Goodman
420 Lexington Avenue, Suite 2320
New York, New York 10170
212-661-6800

*Plaintiff Pro Se*

Michael P. Zweig
Eugene R. Licker
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000

*Attorneys for Defendant
Broadcaster, Inc.*

Dated: New York, New York
March 28, 2008

Jenifer J. Liu

HOWREY LLP
153 East 53rd Street, 54th Floor
New York, NY 10022
(212) 896-6500