ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

PAUL GOODMAN, individually and in his,
capacity as a member of the Board of
Directors as a Director of Broadcaster,
Inc., pursuant to BCL § 720,

                 Plaintiff,

-against-                          08 Civ. 2480 (LLS)

BROADCASTER, INC., MARTIN WADE, NOLAN QUAN      **ORDER**
and BLAIR MILLS,

                 Defendants.

------------------------------------------------X

    In view of the comprehensive nature of the corporate management matters which are currently before the United States District Court for the Central District of California (Hon. Christina A. Snyder, U.S.D.J.), the points raised in the June 16, 2008 letter from plaintiff Paul Goodman to this court are respectfully referred to Judge Snyder. The words "Until further order" in paragraph 2 of my March 26, 2008 Temporary Restraining Order shall be taken as referring to an order of the United States District Court for the Central District of California.

    So ordered.

DATED:  New York, New York
         June 19, 2008

                                        _/s/ Louis L. Stanton_
                                          LOUIS L. STANTON
                                             U. S. D. J.

*Copies Mailed to Counsel of Record 6/19/08*

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/19/08]